**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

**JONATHAN VALENTIN,**

**Appellant,**

**v.**

**MANPOWER GROUP SOLUTIONS,**

**Appellee.**

**Case No. 18-2218**

# APPELLEE'S RESPONSE TO APPELLANT'S MOTION FOR LEAVE TO FILE AN INFORMAL REPLY BRIEF OUT OF TIME AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUPPORTING EVIDENCE

Defendant-Appellee Manpower US, Inc., incorrectly identified in the Complaint as "Manpower Group Solutions," ("Manpower") hereby responds to *Pro Se* Plaintiff-Appellant Jonathan Valentin's ("Valentin") Motion for Leave to File an Informal Reply Brief Out of Time (Document: 003113096477) and Motion for Leave to File Supplemental Supporting Evidence (Document: 003113097428) as follows:

1. On September 5, 2018, Valentin filed his Informal Appeal Brief and Supporting Exhibits (Document: 003113026540).

2. On November 8, 2018, Appellee filed its Response Brief in accordance with this Court's October 3, 2018 Order (Document: 003113050366).

3. Valentine's Reply Brief was due on November 23, 2018. *See* F.R.A.P. 31(a)(1).

4. Valentin did not file a Reply Brief by November 23, 2018.

5. On November 26, 2018, Valentin filed a Motion for Leave to File an Informal Reply Brief Out of Time (Document: 003113096477) due to "Thanksgiving Day weekend and his inability to secure the make his filing available to both Defendant/Appellee and the FTCEDC's Appeal court earlier…."

6. Appellee respectfully requests that this Court deny Valentin's Motion because Valentin did not comply with F.R.A.P. 31(a)(1) and did not request his extension before the November 23, 2018 deadline. *See Information for Pro Se Litigants,* United States Third Circuit Court of Appeals (Sept. 2015), https://www.ca3.uscourts.gov/time-requirements-briefs-and-appendix (stating that "[i]f you need an extension of time in which to file your brief and/or appendix, you must request the extension (well before the brief is due) by filing a motion for extension of time with the Clerk.")

7. On November 26, 2018, Valentin filed a Motion for Leave to File Supplemental Supporting Evidence (Document: 003113097428).

8. Appellee respectfully requests that this Court deny Valentin's Motion for Leave to File Supplemental Supporting Evidence because Valentin was required to include any parts of the record "deemed relevant or important" with his

Informal Brief. *See Information for Pro Se Litigants,* United States Third Circuit Court of Appeals (Sept. 2015), http://www.ca3.uscourts.gov/attachments-informal-briefappendix.

9. Moreover, this Court should deny Valentin's Motion for Leave to File Supplemental Supporting Evidence to the extent he seeks to submit any documents that were not considered by the district court. *See* F.R.A.P. 10(a).

10. For the reasons stated above, Appellee respectfully requests that the Court deny Valentin's Motion for Leave to File an Informal Reply Brief Out of Time and Motion for Leave to File Supplemental Supporting Evidence.

Dated: December 5, 2018

Respectfully submitted,

*/s Matthew J. Hank*
Matthew J. Hank
Greg H. Greubel
LITTLER MENDELSON, P.C., P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000
mhank@littler.com
ggreubel@littler.com

**Attorneys for Appellee**

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

**JONATHAN VALENTIN,**

**Appellant,**

**Case No. 18-2218**

**v.**

**MANPOWER GROUP SOLUTIONS,**

**Appellee.**

**PROPOSED ORDER**

AND NOW, this ___ day of December, 2018, upon consideration of Appellant's Motion for Leave to File an Informal Reply Brief Out of Time and Motion for Leave to File Supplemental Supporting Evidence and Appellee's Response, it is hereby ORDERED that:

1. Appellant's Motion for Leave to File an Informal Reply Brief Out of Time is DENIED; and

2. Appellant's Motion for Leave to File Supplemental Supporting Evidence and Appellee's Response is DENIED.

IT IS SO ORDERED.

FOR THE COURT:

______________________________

**CERTIFICATE OF SERVICE**

I, Matthew J. Hank, hereby certify that on this date, I caused Appellee's Response to Appellant's Motion for Leave to File an Informal Reply Brief Out of Time and Motion for Leave to File Supplemental Supporting Evidence to be filed via the Court's ECF system and served a copy of same via first class mail:

Jonathan Valentin
1110 Elbridge St.
Philadelphia, PA 19111

*/s Matthew J. Hank*
Matthew J. Hank

Dated: December 5, 2018